UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1658 JMR/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>HENRY L. BANKS,<br>Defendant,<br>and<br><br>LUTHERAN SOCIAL SERVICES OF MINNESOTA<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Henry L. Banks, Social Security Number, XXX-XX-1241, with the last known address of XXXX, Duluth, MN 55807.

The judgment was entered on September 28, 2000, for Student Loan defaults. The judgment was entered in the amount of $20,364.19, plus interest and costs.

As of July 19, 2005, after applying payments, if any, the balance on this judgment debt was $26,087.74 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from July 19, 2005, at a rate of 6.241% per annum.

SCANNED
JUL 22 2005
U.S. DISTRICT COURT DULUTH

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Lutheran Social Services of Minnesota, 2485 Como Avenue, St. Paul, MN 55108

Dated: July 20, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600