U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*
*(612) 664-5600*

July 20, 2005

RECEIVED
JUL 22 2005

The Honorable Raymond L. Erickson
United States Magistrate Judge
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

RE: United States v. Henry L. Banks
Civil No. 00-1658 JMR/RLE

Dear Magistrate Judge Erickson:

Enclosed for review by you and the Clerk of Court, relative to the above-referenced case, please find a Writ of Continuing Garnishment, Claim for Exemption Form, Clerk's Notice of Post-Judgment Garnishment and the original and two copies of the Government's Application for Writ of Continuing Garnishment.

As soon as we receive the Writ, authorized by you and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

We are providing you with these documents because the Federal Debt Collection Procedures Act indicates that the Magistrate Judges may be given the authority to handle all procedures under the Act. See 28 U.S.C. §3008.

If you have any questions or concerns relative to this procedure, please contact me at 664-5630.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures