UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1658 JMR/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

HENRY L. BANKS,

Defendant,

LUTHERAN SOCIAL SERVICES OF MINNESOTA,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated: August 18, 2005

BY THE COURT:

s/Raymond L. Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge