NEIGHBORHOOD HOUSING SERVICES of DULUTH
224 East Fourth Street • Duluth, MN 55805
Phone: (218) 727-8604 • Fax: (218) 727-9368 • Web site: www.nhsduluth.org

NEIGHBORHOOD HOUSING SERVICES DULUTH NHS

RECEIVED BY MAIL
OCT 07 2005
CLERK US DIST COURT MINNEAPOLIS MN

October 5th, 2005

Clerk of the United States District Court
202 Federal Courthouse
300 South Fourth St.
Minneapolis, MN. 55415

Re: United States v. Henry L. Banks
Civil No. 00-1658 JMR/RLE

To whomever it may concern:

We are in receipt of the Federal Writ of Continuing Garnishment. Henry L. Banks was laid off from NHS of Duluth effective Friday, September 30th, 2005. We received the writ on Oct. 3rd, 2005. He was laid off indefinitely. We have no property of his at our disposal. Therefore we cannot complete the Answer of Garnishee.

Sincerely,

George A. Garnett
Executive Director

cc: Henry Banks
Counsel for the Government

RECEIVED
05 OCT 18 AM 10: 5
CLERK US DIST CT MINNEAPOLIS

SCANNED
OCT 18 2005
U.S. DISTRICT COURT