UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. 00-1658 (JMR/RLE)

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**GARNISHMENT ORDER**

HENRY L. BANKS,

Defendant,

NEIGHBORHOOD HOUSING SERVICE
OF DULUTH,

Garnishee.

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 3, 2005, is hereby released.

Dated: October 18, 2005

BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE Judge